# IN THE SUPREME COURT OF THE STATE OF NEVADA

WELLS FARGO BANK, N.A., A
NATIONAL ASSOCIATION,
                    Appellant,
            vs.
TRP FUND IV, LLC, A NEVADA
LIMITED LIABILITY COMPANY;
ABSOLUTE COLLECTION SERVICES,
LLC, A NEVADA LIMITED LIABILITY
COMPANY; AND SUNRISE
HIGHLANDS COMMUNITY
ASSOCIATION, A NEVADA NON-
PROFIT CORPORATION,
                    Respondents.

No. 73251

FILED

SEP 10 2019

ELIZABETH A BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Hon. James Crockett, District Judge
        Eva Garcia-Mendoza, Settlement Judge
        Snell & Wilmer, LLP/Tucson
        Snell & Wilmer, LLP/Las Vegas
        Lipson Neilson P.C.
        The Wright Law Group
        Cox Law, LLC
        Eighth District Court Clerk

19-37867